IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LANDSCAPES UNLIMITED, LLC, a Nebraska limited liability company, and LANDSCAPES HOLDING, LLC, a Nebraska limited liability company, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV425 |
| v. | ) ) | |
| LEXINGTON INSURANCE COMPANY, a Delaware corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the motion of Aaron Lunt to withdraw as counsel for defendant (Filing No. 11). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED the motion is granted; Aaron Lunt is deemed withdrawn as counsel for defendant.

DATED this 26th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court