IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LANDSCAPES UNLIMITED, et al.,** | ) | |
| **Plaintiff,** | ) ) ) | **8:05cv425** |
| vs. | ) ) | **ORDER** |
| **LEXINGTON INSURANCE CO.,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the court on its own motion to reschedule the final pretrial conference date.

**IT IS ORDERED:**

1. The final pretrial conference is rescheduled to **August 17, 2006 at 1:30 p.m.,** before the undersigned magistrate judge.

Dated this 22nd day of June 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge