IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LANDSCAPES UNLIMITED, LLC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV425 |
| vs. | ) ) ) | ORDER |
| LEXINGTON INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on defendant's MOTION TO CHANGE THE PRETRIAL AND TRIAL DATES [39] and plaintiffs' Objection [40] thereto. On August 11, 2006, all parties filed motions for summary judgment. Upon consultation with Judge Strom's chambers,

**IT IS ORDERED** that the final pretrial conference now set for August 17, 2006 is cancelled and will be rescheduled, if necessary, by further order.

**DATED August 14, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**