IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LANDSCAPES UNLIMITED, LLC, a    )
Nebraska limited liability      )
company, and LANDSCAPES         )
HOLDING, LLC, a Nebraska        )
limited liability company,      )
                                )
            Plaintiff,          )      8:05CV425
                                )
        v.                      )
                                )
LEXINGTON INSURANCE COMPANY,    )      ORDER
a Delaware corporation,         )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on defendant's motion for extension of time to file a reply brief in support of defendant's motion for summary judgment (Filing No. 62). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until October 2, 2006, to file its reply brief in support of summary judgment.

DATED this 12th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court