IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LANDSCAPES UNLIMITED, LLC, a    )
Nebraska limited liability      )
company, and LANDSCAPES         )
HOLDING, LLC, a Nebraska        )
limited liability company,      )
                                )
               Plaintiffs,      )         8:05CV425
                                )
          v.                    )
                                )
LEXINGTON INSURANCE COMPANY,    )         ORDER
a Delaware corporation,         )
                                )
               Defendant.       )
_____)
```

This matter is before the Court on plaintiffs' motion for extension of time to file a reply brief in support of plaintiffs' motion for summary judgment (Filing No. 64). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiffs shall have until October 2, 2006, to file a reply brief in support of their motion for summary judgment.

DATED this 13th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court