IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LANDSCAPES UNLIMITED, LLC, a Nebraska limited liability company, and LANDSCAPES HOLDING, LLC, a Nebraska limited liability company, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV425 |
| v. | ) ) | |
| LEXINGTON INSURANCE COMPANY, a Delaware corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on plaintiffs' motion for enlargement of time to file application for attorney's fees (Filing No. 71).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion is granted.  Plaintiffs shall have until December 22, 2006, to file their application for attorney's fees.

2) Defendant shall have until January 5, 2007, to file a response to said application.

DATED this 4th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court

```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| LANDSCAPES UNLIMITED, LLC, a<br>Nebraska limited liability<br>company, and LANDSCAPES<br>HOLDING, LLC, a Nebraska<br>limited liability company,<br><br>              Plaintiffs,<br><br>     v.<br><br>LEXINGTON INSURANCE COMPANY,<br>a Delaware corporation,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br>8:05CV425<br><br><br><br><br>ORDER |

This matter is before the Court on plaintiffs' motion for enlargement of time to file application for attorney's fees (Filing No. 71). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion is granted. Plaintiffs shall have until December 22, 2006, to file their application for attorney's fees.

2) Defendant shall have until January 5, 2007, to file a response to said application.

DATED this 4th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

LANDSCAPES UNLIMITED, LLC, a    )
Nebraska limited liability      )
company, and LANDSCAPES         )
HOLDING, LLC, a Nebraska        )
limited liability company,      )
                                )
               Plaintiffs,      )         8:05CV425
                                )
          v.                    )
                                )
LEXINGTON INSURANCE COMPANY,    )         ORDER
a Delaware corporation,         )
                                )
               Defendant.       )
_____)
```

This matter is before the Court on plaintiffs' motion for enlargement of time to file application for attorney's fees (Filing No. 71). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion is granted. Plaintiffs shall have until December 22, 2006, to file their application for attorney's fees.

2) Defendant shall have until January 5, 2007, to file a response to said application.

DATED this 4th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court