IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LANDSCAPES UNLIMITED, LLC, a Nebraska limited liability company, and LANDSCAPES HOLDING, LLC, a Nebraska limited liability company, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV425 |
| v. | ) ) | |
| LEXINGTON INSURANCE COMPANY, a Delaware corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the joint motion to vacate the Court's November 20, 2006, order and judgment and stipulation to dismiss the action with prejudice (Filing No. 73). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The Court's order of November 20, 2006 (Filing No. 70) is vacated and set aside.

2) This action is dismissed in its entirety, with prejudice, each party to bear its own costs and expenses.

DATED this 18th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court